UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN ADMIRALTY

CASE NO.: 4:17-cv-10062

TRAVELERS PROPERTY CASUALTY
COMPANY OF AMERICA,

    Plaintiff,

v.

JEREMY T. OBINE d/b/a STRAW HAT
CHARTERS and JOSEPH TAYLOR,

    Defendants.
_____/

## CONSENT FINAL JUDGMENT

THIS COMES to be heard on the Parties' Notice of Settlement with Consent for Entry of Final Judgment. [DE 24]. The Court having reviewed the file, being advised of a confidential multiparty settlement agreement with a release of claims, and being otherwise advised in the premises and noting that the relief is requested by and agreed to by the Parties:

**IT IS ORDERED AND ADJUDGED:**

    1.    Plaintiff, TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA ("TRAVELERS"), and Defendants, JEREMY T. OBINE d/b/a STRAW HAT CHARTERS ("OBINE") and JOSEPH TAYLOR ("TAYLOR"), have advised the Court via a joint stipulation that they have reached a settlement agreement in this matter,[1] and have agreed and consented to the entry of this Final Judgment.

---

[1] The Court has also been advised that the Parties' settlement also reposes and dismisses TAYLOR's personal injury lawsuit against OBINE, styled as *Taylor v. Obine d/b/a Straw Hat Charters,* Case No. CAK16621, pending in the Circuit Court of the Sixteenth Judicial Circuit in and for Monroe County, Florida.

2. Final Judgment is hereby GRANTED to TRAVELERS. OBINE submitted an insurance claim for an injury TAYLOR suffered in 2014. TAYLOR has been defaulted herein. TRAVELERS commenced this declaratory judgment action on policy wording and application of an insurance policy endorsement.[2] Although insurance coverage was issued to OBINE for a vessel he owned, the Parties have agreed that there is no liability coverage for TAYLOR's injury claim due to OBINE's failure to require that TAYLOR execute a liability release prior to allowing him to swim off the insured vessel, which was a condition to the policy endorsement. Therefore, TRAVELERS has no obligation to defend OBINE, nor indemnify this loss, based on application of the policy endorsement.

3. Any pending motions are denied as moot.

DONE AND ORDERED in chambers in the District Court of the Southern District of Florida on this 6 day of July, 2018.

Honorable James Lawrence King
United States District Court Judge

Copies Furnished to: All Counsel of Record

---

[2] The applicable policy endorsement provided, in pertinent part, that OBINE would:

> ... require all paying passengers intending to engage in swimming and/or snorkeling activities [from OBINE's vessel] to read and sign an approved Complete Liability Release and that any passenger who does not sign or refuses to sign this release shall not be permitted to participate in any swimming and/or snorkeling activity.
>
> ...
>
> Compliance with the following conditions is a warranty of coverage. If any of the following conditions are not complied with, this endorsement is null and void during the term of the breach.

[DE 1-1, at pgs. 4-5].